JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

        Plaintiff,

    v.

BRO'S INC d/b/a BRO'S SMOKE 4LESS, MARK ATTIA, and KIROLOS IBRAHIM,

        Defendants,

No. CV 22-8717-GW-JEMx

**FINAL JUDGMENT**

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Default Judgment against Defendants, BRO'S INC d/b/a BRO'S SMOKE 4LESS, MARK ATTIA, and KIROLOS IBRAHIM. Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff on all claims, and the Defendants are liable to the Plaintiff in the amount of $151,262.00 (comprising statutory damages of $150,000.00

1

1   and costs of $1262.00), for which let execution issue.

2       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant,

3
4   its agents, employees, officers, directors, owners, representatives, successor

5   companies, related companies, and all persons acting in concern or participation with

6
7   it are permanently restrained and enjoined from infringing upon the Stündenglass

8   Marks directly or contributorily, in any manner, including but not limited to:

9      (a) Import, export, making, manufacture, reproduction, assembly, use,

10
11         acquisition, purchase, offer, sale, transfer, brokerage, consignment,

12         distribution, storage, shipment, licensing, development, display, delivery,

13         marketing advertising or promotion of the counterfeit Stündenglass product
14
15         identified in the complaint and any other unauthorized Stündenglass product,

16         counterfeit, copy or colorful imitation thereof;

17      (b) Assisting, aiding or attempting to assist or aid any other person or entity in
18
19         performing any of the prohibited activities referred to in Paragraphs (a) above.

20       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to

21   15 U.S.C. §1118, the Defendants, at their cost, deliver to the Plaintiff for destruction
22
23   all products, accessories, labels, signs, prints, packages, wrappers, receptacles,

24   advertisements, and other material in their possession, custody or control bearing any

25   of the Stündenglass Marks.

26   //

27

28

2

IT IS FURTHER ORDERED that this court retains jurisdiction over any

matter pertaining to this judgment.

IT IS SO ORDERED.

DATED: June 30, 2023

_George H. Wu_

_____

HON. GEORGE H. WU,
United States District Judge

3