JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRO'S INC d/b/a MY SMOKE SHOP, MARK ATTIA and KIROLOS IBRAHIM,<br><br>　　　　　Defendants, | No. 2:22-cv-08717-GW-SSCx<br><br>**<u>FINAL JUDGMENT</u>** |

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff on all claims, and with a finding of willfulness, the Defendants are liable to the Plaintiff in the amount of $50,000.00 for which let execution issue.

　　　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or

participation with it are permanently restrained and enjoined from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1118, the Defendants, at their cost, deliver to the Plaintiff as evidence against the distributor, all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendants cooperate with the Plaintiff in any action the Plaintiff may bring against the wholesaler who provided the Defendants with the counterfeit products bearing the Plaintiff's Stündenglass Marks.

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment. Therefore, if any party disputes any matter pertaining to this judgment, the disputing party raising the issue must notify the other

party in writing. The parties must then meet and confer within five days of notice of any potential violation in a good faith attempt to resolve the matter. If the matter cannot be resolved between the parties, either party may apply to this Court to reopen the matter to enforce the terms of this judgment. By agreement, this Court will have exclusive jurisdiction to resolve such matters, and will have the ability to award attorneys' fees, in this Court's discretion, against the losing party. By agreement of the parties, any judgment or decision arising out of such dispute that this Court renders shall not be appealable.

IT IS SO ORDERED.

DATED: May 10, 2024

*[signature]*
_____
George W. Wu
United States District Judge